**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CUSTOM SPRAY SYSTEMS, INC.,<br><br>　　　　　Defendant. | No.  C 04-3956 SBA<br><br>**ORDER** |

　　　On April 18, 2005, the Court approved a settlement agreement entered into by the parties to this action. *See* Docket No. 20. This agreement provided that upon completion of all payments due, this action would be dismissed with prejudice. *See id.* at ¶ 10. The plaintiffs advise the Court that all payments have been made and are requesting that the case be dismissed with prejudice. *See* Docket No. 21.

　　　Accordingly, the plaintiffs' complaint is DISMISSED with PREJUDICE. The Clerk of Court is directed to close the case file and any pending matters related to it.

　　　IT IS SO ORDERED.

May 15, 2007

　　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　　Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge